AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__Southern__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA

v.

**ROBERT DURST**
aka, Dorothy Ciner

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: CR-G-01-35-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 16, 2001__ in __Galveston__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

willfully, unlawfully and feloniously move and travel in interstate commerce with intent to avoid prosecution for the crime of Murder, a felony violation in the state of Texas

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __Special Agent of the Federal Bureau of Investigation__ and that this complaint is based on
Official Title

the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof: ■ Yes ☐ No

_____
Signature of Complainant
Keith L. Brayton, Special Agent FBI

Sworn to before me and subscribed in my presence,
and I find probable cause,

__October 18, 2001__ at __Galveston, Texas__
Date                                                City and State

__John R. Froeschner, U.S. Magistrate Judge__    _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

# AFFIDAVIT

I, Keith L. Braxton, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, having been duly sworn, state:

1. I am a Special Agent of the Federal Bureau of Investigation assigned to the Texas City Resident Agency of the Houston Division. I have been a Special Agent for the past ten (10) years and have investigated numerous cases concerning violent crimes. As a Special Agent assigned to the Texas City Resident Agency, I have been assigned to investigate federal criminal violations of which the U.S. Government has an interest, to include fugitive investigations.

2. This affidavit sets forth probable cause to believed that ROBERT DURST has fled in interstate commerce from the state of Texas to avoid prosecution.

3. On October 17, 2001, your affiant was advised by Assistant District Attorney (ADA) Joel Bennett, Galveston County, Texas that ROBERT A. DURST is a defendant in a Murder and Bail Jumping prosecution in Galveston County, Texas. He advised Special Agent (SA) Keith L. Braxton of the following events:

4. On September 30, 2001, ROBERT A. DURST was arrested and appeared before the Court of the 212th Judicial District of Texas, Galveston, Texas concerning the murder of MORRIS BLACK, date of birth 10/21/29, whose dismembered body was found on September 28, 2001 in Galveston, Texas.

5. On October 12, 2001, First Assistant District Attorney KURT SISTRUNK, Galveston County, Texas contacted MARK KELLY, Attorney of Record for ROBERT DURST, to advise him of a docket date of October 16, 2001, before the Court of the 212th Judicial District of Texas which had been set for the appearance of ROBERT DURST concerning a charge of murder.

6. ROBERT DURST did not appear for the hearing. According to ADA BENNETT, on October 16, 2001, Attorney MARK KELLY stated to the court that he advised ROBERT DURST of the date of the hearing during the weekend of October 13-14, 2001.

7. On October 17, 2001, Arrest Warrants were issued in the Court of the 212th Judicial District of Texas at Galveston, Texas for ROBERT DURST. The warrants are listed as warrant numbers 0501CR19000101 for the State of Texas violation of Bail Jumping and 0501CR19010101 for the State of Texas violation of Murder.

8. On October 17, 2001, ADA JOEL BENNETT advised Special Agent Braxton that pursuant to the investigation of the murder for which ROBERT A DURST is being charged, Bennett had received information that ROBERT DURST was attempting to have $1.7 million removed from an account located in New Jersey by means of a wire transfer.

9 On October 18, 2001, Detective Sergeant CODY CAZLAS, Galveston Police Department, Criminal Investigations Division, Galveston, Texas advised SA Braxton that he is the investigating officer assigned to the investigation of the murder of MORRIS BLACK,.

10. Detective CAZLAS advised that on October 17, 2001, he spoke with ADA JEANINE PIRROT of the West Chester County District Attorney's Office, White Plains, New York. PIRROT is conducting an investigation concerning the disappearance of ROBERT DURST's previous wife,

KATHLEEN DURST, which occurred 18 years earlier. PIRROT stated to CAZLAS that on October 17, 2001, she participated in an interview of a woman named DEBORAH LEE CHARATON. who is ROBERT DURST's current wife. During the interview, CHARATON stated that she had spoken with ROBERT DURST during the weekend of October 13-14, 2001. At such time, ROBERT DURST provided her with four telephone numbers as a means for making contact with him. The numbers were as follows: (203) 431-9276; (212) 945-4256; (415) 999-7612 and (707) 677-3200. Additionally, she advised she had attempted to withdraw the aforementioned amount of $1.7 million dollars from an account utilized by ROBERT DURST, however she denied she had any knowledge of the current whereabouts of ROBERT DURST.

11. Your affiant checked the databases of the Federal Bureau of Investigation and determined the following: (203) 431-9276 is a hard line telephone located in Richfield, Connecticut serviced by Southern New England Telephone Company; (212) 945-4256 is a hard line telephone located in New York, NY. serviced by Verizon Telephone Company; (415) 999-7612 is a cellular telephone serviced by AT&T Wireless issued in San Francisco, CA.; (707) 677-3200 is a hard line telephone located in Trinidad, CA. serviced by Pacific Bell Telephone Company.

12. As an attachment, your affiant is providing a copy of a letter dated October 17, 2001, from the Office of the Criminal District Attorney, Galveston, Texas requesting the assistance of the Federal Bureau of Investigation in the apprehension of ROBERT DURST.

13. Based upon the aforementioned information, it is the belief of Special Agent Keith L. Braxton that ROBERT DURST has fled in interstate commerce from the state of Texas to avoid prosecution in violation of Title 18, U.S. Code, Section 1073.

The information contained in this affidavit is based upon my personal knowledge and information obtained from other law enforcement officers. That information is reliable since it was obtained in the normal course of law enforcement duties.

Keith L. Braxton
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence this 18th day of October and I find probable cause.

John R. Froeschner
U.S. Magistrate Judge
Southern District of Texas

2



**KURT SISTRUNK**
First Assistant

**GEORGE H. COOLEY**
Grand Jury Chief

## MICHAEL J. GUARINO

**MIKE TOLLETT**
Chief Investigator

**JANICE K. ROACH**
Chief Administrator

CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY
722 MOODY, SUITE 300
GALVESTON, TEXAS 77550
October 17, 2001

Special Agent in Charge
Attn: Rick Powers
Federal Bureau of Investigation
Room 211
P.O. Box 3046
Texas City, Texas 77592

     Re:  Robert Durst, DOB 4/12/1943, W/M 5' 7" 150lbs.

Dear Rick Powers:

This Office request the assistance of The Federal Bureau of Investigation in locating and apprehending Robert Durst who is the Defendant in a Murder and Bail Jumping case in Galveston County, Texas. We have reason to believe this subject has left the State of Texas to avoid prosecution in this case. Two Felony Warrants, # 0505CR19000101 and # 0501CR19010101, for Murder and Bail Jumping were issued by the 212TH District Court for Robert Durst on October 17, 2001.

The Defendant is identified above and his booking information is attached. His social security number is 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. The Defendant was last known to be in New Orleans but is currently attempting to have $1.8 million removed from an account in New Jersey by wire transfer.

These two offenses occurred on September 30, 2001 (Murder) and October 16, 2001 (Bail Jumping). Both cases have been indicted. When this subject is located and arrested, he will be extradited to this State or Country to stand trial for these offenses.

If you have any questions, please call me at 766-2335 or page me at 409-943-0365.

Sincerely,

*Joel H. Bennett*
Joel H. Bennett
Assistant Criminal District Attorney

| Felony Section | Family Law Section | Grand Jury Section | Worthless Check Section | Misdemeanor Section |
|---|---|---|---|---|
| Phone: (409) 766-2355 | (409) 766-2364 | (409) 766-2379 | (409) 766-2318 | (409) 766-2373 |
| Fax: (409) 766-2290 | (409) 770-6296 | (409) 795-2108 | (409) 766-2398 | (409) 766-2398 |
| Victim's Asst. | | | | Victim's Asst. |
| (409) 770-5124 | | | | (409) 766-2365 |

HOUSTON LINE (281) 316-8300
D.A. WEB SITE http://www.co.galveston.tx.us/distatty/da.htm

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 04- 667 |
| ROBERT DURST : | |

### ORDER

AND NOW, this ____ day of October, 2004, it is hereby

### ORDERED

that the Superintendent of Galveston County Sheriff's Department Jail, 715 19th Street, Galveston, Texas, and the United States Marshal, produce the body of ROBERT DURST, Inmate #283385, on Thursday, November 4, 2004, to appear for an initial appearance before a United States Magistrate Judge for the Eastern District of Pennsylvania on an indictment returned on October 14, 2004.

BY THE COURT:

_____
LINDA K. CARACAPPA
*United States Magistrate Judge*

DATED: 10/14/04

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 10-14-04
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

# UNITED STATES DISTRICT COURT
## Eastern District of Pennsylvania

UNITED STATES OF AMERICA

V.

ROBERT DURST

**WARRANT FOR ARREST**
Case Number CR 04cr667

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROBERT DURST**

and bring him or her forthwith to the nearest magistrate to answer a(n) INDICTMENT charging him or her with

> INTERSTATE TRANSPORTATION OF A FIREARM AND POSSESSION OF A FIREARM BY FUGITIVE FROM JUSTICE - 1 COUNT, INTERSTATE SHIPMENT OR TRANSPORTATION OF A FIREARM BY PERSON UNDER INDICTMENT FOR FELONY - 1 COUNT

in violation of Title 18 United States Code, Section(s) 922(g)(2), 922(n)

**MICHAEL E. KUNZ**
Name and Title of Issuing Officer

_____     10/14/04, PHILA, PA.
Signature of Issuing Officer                Date and Location

Bail fixed at $ 0 by HON. **LINDA K. CARACAPPA**
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

_____

Date Received _____ Date of Arrest _____

Name and Title of Arresting Officer _____

**TJS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          **Filed Under Seal**

v.                                :          CRIMINAL NO. 04cr667

RICHARD DURST                     :

FILED
OCT 14 2004
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER FOR BENCH WARRANT

AND NOW, this 14TH day of October, 2004, on motion of Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE LINDA K. CARACAPPA
United States Magistrate Judge

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: 10-14-04
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA